**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Julie Elizabeth Lopez,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO Indemnity Company, a foreign corporation,<br><br>        Defendant. | No. CV18-1045 PHX DGC<br><br>**ORDER** |

The Court has considered the parties' stipulation for dismissal without prejudice. Doc. 15.

**IT IS ORDERED** that the parties' stipulation for dismissal without prejudice (Doc. 15) is **granted.** This case is dismissed without prejudice as to all claims by Plaintiff and against Defendant as set forth in the stipulation, each party to bear their own costs and attorneys' fees.

Dated this 2nd day of July, 2018.

_____
David G. Campbell
United States District Judge